NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

04 JAN 26 AM 11:43

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| G. A. ABBOTT; CHARLES P. GAINES, )<br>and ROBIN V. SPARKS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS COMPANY )<br>and AMERICAN EXPRESS )<br>CENTURION BANK )<br>)<br>Defendants. ) | CV 02-PT-447-E |

**ENTERED**
JAN 26 2004

### AMENDMENT TO FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court amends its Findings of Fact and Conclusions of Law filed on January 22, 2004 by changing the second sentence of paragraph 8 under Record and Related Findings of Court to read, "At this point G. A. Abbott and Charles P. Gaines were the only named plaintiffs."

DONE and ORDERED this the 26th day of January, 2004.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE